clj/AS22-0255

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Civil Action No.: 3:23-cv-00023 RGJ |
| | ) | Judge Rebecca Grady Jennings |
| DESHAUNA MIDKIFF, *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REGIONAL FINANCE CORP.; | ) | |
| FIRST FINANCIAL CREDIT, INC., *et al* | ) | **ANSWER AND COUNTERCLAIM** |
| *Defendants* | ) | |

## ANSWER

Comes First Financial Credit, Inc., by and through Counsel, and for its Answer to Plaintiff's Complaint, hereby states as follows:

1. The Plaintiff's Complaint fails to state a claim for which relief may be granted.

2. The allegations in paragraphs 1, 3, 9 and 19 of the Plaintiff's Complaint seek a legal conclusion to which no response is required. To the extent a response is required, First Financial Credit, Inc. denies the allegations in paragraphs 1, 3, 9 and 19 of the Plaintiff's Complaint.

3. The allegations in paragraphs 28, 43, 47, 51, 55, 58, 61, 65, 69, 73 and 77 of the Plaintiff's Complaint do not require a response.

4. First Financial Credit, Inc. is without information or belief as to the allegations in paragraphs 2, 4, 5, 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 22, 23, 24, 25, the first paragraph numbered 26, 29, 30, 31, 32, 42, 44, 45, 46, 48, 49, 50, 52, 53, 54, 56, 57, 59, 60, 62, 63, 64, 66, 67, 68, 70, 71 and 72 of the Plaintiff's Complaint; therefore, same are denied.

5. First Financial Credit, Inc. admits the allegations in paragraph 8 set forth in the Plaintiff's Complaint.

6. First Financial Credit, Inc. is without information or belief as to the allegations in the second paragraph numbered 26 set forth in the Plaintiff's Complaint as to the actions taken by the Plaintiff; therefore, same are denied. First Financial Credit, Inc. specifically denies the allegations in the second paragraph numbered 26 that it provided inaccurate, false and derogatory information.

7. First Financial Credit, Inc. denies the allegations in paragraphs 27, 74, the first paragraph numbered 75, 76, 78, and second paragraph numbered 75, set forth in the Plaintiff's

1

Complaint as they relate to First Financial Credit, Inc.

## AFFIRMATIVE DEFENSES

8. First Financial Credit, Inc. affirmatively states and alleges that the Plaintiff's Complaint fails to state a claim.

9. First Financial Credit, Inc. affirmatively states and alleges the Plaintiff is not entitled to an equitable remedy in the absence of any ability to recover at law.

10. First Financial Credit, Inc. affirmatively states and alleges that in accordance with the relevant provisions of the Fair Credit Reporting Act it reasonably and completely investigated, verified, and updated any and all valid disputes.

11. First Financial Credit, Inc. affirmatively states and alleges that the Plaintiff failed to mitigate their damages.

12. First Financial Credit, Inc. affirmatively states and alleges that Plaintiff's claims may have been caused, in whole or in part, by the independent, intervening, or superseding acts of other individuals or entities over whom First Financial Credit, Inc. has no control and for whom they have no legal responsibility.

13. First Financial Credit, Inc. pleads the following affirmative defenses: estoppel; waiver; and contributory negligence.

14. Plaintiff has failed to state with particularity any circumstances constituting fraud per Ky. R. Civ. P. 9.02.

15. First Financial Credit, Inc. affirmatively states and alleges that to the extent the Plaintiff's claim for the recovery of attorney's fees for his claim for injunctive relief is improper under either the Fair Credit Reporting Act, Kentucky Common Law, and the American Rule. That in the absence of a statute or contractual provision conferring a recovery of attorney's fees, a claim for the recovery for attorney's fees as such is improper.

16. First Financial Credit, Inc. reserves the right to amend or otherwise supplement this Answer as discovery continues in this case to include additional affirmative defenses as the proof so dictates.

## COUNTERCLAIM

17. Defendant/Counterclaimant, First Financial Credit, Inc., is a licensed lender under KRS § 286.4.

18. Plaintiff/Counter-Defendant, Deshauna Midkiff a/k/a Deshauna S. Goff, is in default to First Financial Credit, Inc. under the terms of the attached Kentucky Note and Security Agreement (hereinafter "Note") (Exhibit A) and owes First Financial Credit, Inc., the principal balance of $2,018.18

19. Defendant/Counterclaimant seeks reasonable attorney fees as allowed by the Note as Counsel is not a salaried employee of First Financial Credit, Inc.

WHEREFORE, First Financial Credit, Inc. prays as follows:

1. That the Plaintiff's Complaint be dismissed, held for naught, and the Plaintiff take nothing therefrom;

2. For a Judgment against the Plaintiff/Counter-Defendant, Deshauna Midkiff a/k/a Deshauna S. Goff, in the principal balance of $2,018.18;

3. For its costs expended herein, including reasonable attorneys' fees; and,

4. For such other relief to which it may be entitled.

ANDREWS LAW FIRM, PLLC

/s/ Ashley Sanders Cox
ASHLEY SANDERS COX
LAURA KINCHELOE
P. O. Box 55567
Lexington, Kentucky 40555-5567
(859) 253-1484
asanders@andrewsassoc.com
COUNSEL FOR FIRST FINANCIAL CREDIT, INC.

**NOTICE: THIS COMMUNICATION IS FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed and served on this 10th day of February, 2023, via the Court Clerk's CM/ECF system which will provide notice to all counsel of record and certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, properly addressed as follows:

Hon. Michael I. Krause
Experian North America
Law Department
475 Anton Blvd.
Costa Mesa, CA 92626
ATTORNEY FOR EXPERIAN INFORMATION SOLUTIONS, INC.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Ashley Sanders Cox*
　　　　　　　　　　　　　　　　　　　　　　　　　　ASHLEY SANDERS COX

\\d45trwr1\users\Abg01\Data\User\Cjohnson\ASC\Answer - Federal\FFC.Midkiff.doc

# KENTUCKY NOTE AND SECURITY AGREEMENT

| ACCOUNT NUMBER: | LOAN TYPE | LOAN OFFICER | APPROVING OFFICER/DATE | DATE FINANCE CHARGES BEGIN TO ACCRUE IF DIFFERENT FROM DATE OF NOTE |
|---|---|---|---|---|
| [redacted] | AUTO | CJB | CJB  7/21/2015 | |

BORROWER(S) NAME AND ADDRESS
MICHAEL R GOFF
DESHAUNA S. GOFF
210 HARMON DR
HODGENVILL KY 00004-2748

LENDER/SECURED PARTY NAME AND ADDRESS
First Financial Credit, Inc. #10
200 Sycamore Street
Suite 171
Elizabethtown, KY 42701

As used in this document, the words "you and your" refer to borrower(s).  As used in this document, "us, we, and our" refers to the lender.

| DATE OF NOTE | FIRST PAYMENT DUE DATE | FINAL PAYMENT DATE | AMOUNT OF FIRST PAYMENT | AMOUNT OF MONTHLY PAYMENT | NUMBER OF PAYMENTS | TERM OF LOAN IN MONTHS |
|---|---|---|---|---|---|---|
| 7/22/2015 | 9/03/2015 | 9/03/2017 | 210.35 | 174.00 | 25 | 25 |

## ITEMIZATION OF AMOUNT FINANCED

1. $ 997.20 Amount Paid to You or on Your Behalf
   - 1A. $ 809.70 PAID TO MICHAEL & DESHAUNA GOFF
   - 1B. $ 187.50 PAID TO Key Motor Club
2. $ 1,383.78 Paid on Prior Account With Lender
3. $ 22.00 Recording/Releasing Fees to Public Official
4. $ 191.68 Premium to Disability Insurance Company (Single Coverage)
5. $ 60.34 Premium to Life Insurance Company (Single Coverage)
6. $ 304.90 Premium to Property Insurance Company
7. $ 2,959.90 AMOUNT FINANCED (Sum Lines 1 thru 6)
8. $ 1,426.45 FINANCE CHARGE
   - 8A. $ 1,356.45 Interest
   - 8B. $ 60.00 Credit Investigation Fee
   - 8C. $ 10.00 Non File Fee
   - 8C. $ .00 Account Maintenance Fee
9. $ 4,386.35 TOTAL OF PAYMENTS (Sum Lines 7 thru 8)
10. $ 3,029.90 LOAN AMOUNT (Line 9 Less Line 8A)
11. $ 38.43 % ANNUAL PERCENTAGE RATE
12. $ 36.00000 % RATE

**REPAYMENT OF LOAN** Your promise to pay us the total payments in consecutive monthly payments beginning on the first payment date stated above and continuing on the same day of each month until fully paid. If there is no such date in any month that follows, then payment shall be made on the last day of that month.

**PREPAYMENT IN FULL REBATE** If you prepay the loan in full, we will allow a refund of the unearned finance charge for the months prepaid using the "Rule of 78's" method. However, if this loan has an original term of more than 61 months, the refund will be computed according to the actuarial method. No refund less than ($1.00) will be made. No refund of the Credit Investigation Fee will be made.

**LATE CHARGES** If a portion of any payment is more than 7 days past due, a late charge equal to five cents for each one dollar ($1.00) of the scheduled payment, or a minimum of $ 15.00, whichever is greater may be collected. Only one (1) charge may be collected for each scheduled installment.

**DEFERRAL** In the event of payment of all wholly unpaid payments on which no default charge has been collected is deferred one or more full month's you agree to pay a deferment charge not exceeding two cents ($0.02) for each one dollar ($1.00) of the sum of payments so deferred, multiplied by the number of months the maturity of the loan is extended.

**ACCELERATION** If any payment is not paid when due, or if you fail to comply with any of the terms of this loan transaction, the unpaid balance of this indebtedness may, at our option, become due and payable without notice or demand and if this occurs, you shall be allowed a refund credit of unearned finance charge computed as set forth in the "prepayment if Full Rebate" section.

**CONVERSION** If two or more full payments are one full month or more past due at any payment date, you agree that we may reduce the balance due on the loan agreement by the rebate which would be required for prepayment in full on such payment date and from that date you agree to pay charges computed at the Agreed Rate of Charge stated above on unpaid principal balances for the time actually outstanding, with payments being applied first to charges due on the date of payment with the balances, if any, being applied to the unpaid principal balance for the time actually outstanding, with payment being applied first to charges due on the date of payment with the balance, if any, being applied to the unpaid principal balance.

**NSF CHECK CHARGE** You agree to pay us a bad check charge of $ 25.00 or the actual amount charged by the financial institution for any check it returns or dishonors.

**ATTORNEY FEES** You agree to pay reasonable attorney's fees if this loan agreement is referred for collection to an attorney who is not our salaried employee.

**INSURANCE** You will provide insurance against loss of or damage to the property as we may reasonably require.

**REPOSSESSIONS** If you default in payment of this loan or fail to comply with any of the terms of this agreement, we shall have all the rights granted to a secured party under the Uniform Commercial Code including, but not limited to, the right to repossess, sell and hold you to a deficiency, if there is a surplus as a result of the sale, it will be paid to you.

The following Notice is applicable if the proceeds of the loan are applied in whole or in substantial part for purchase of goods or services from a seller who (1 refers consumers to the creditor, or 2) is affiliated with the creditor by common control, contact, or business arrangements.

### NOTICE

**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER**

### SECURITY AGREEMENT

To secure the payment of the above described loan which is evidenced by the Note above, Borrower(s) hereby grant(s) to Lender a security interest in the property described below. This security interest is subject to the provisions in the sections concerning Insurance and Repression.

One 2005 HYUNDA ACCENT 4DR automobile, VIN KMHCG45C05U609992
SER # CH 7152 OR 30R-SST AR15, STOGER P350 SHOT GUN SER # 635573, 1911 PISTOL ROCK ISLAND SER # RIA1417297; 42" LG F/S TV
60" LG FS TV


EXHIBIT A

NOTICE/SEE OTHER SIDE FOR ADDITIONAL PROVISIONS WHICH BORROWER AGREES TO, WHICH CONSTITUTE A PART OF THE AGREEMENT.
COPY RECEIVED: You acknowledge receipt of a completely filled-in copy of this Note and a copy of the Federal Disclosure Statement on a separate sheet.

_____  _____  7/22/2015  _____ 7/22/2015
Witness             BORROWER  MICHAEL R GOFF      BORROWER  DESHAUNA S. GOFF

_____  _____  _____
(Agent of Lender - Secured Party)  CO-SIGNER  CO-SIGNER

KY0001                                                                                            Page 1 of 1

# FEDERAL DISCLOSURE STATEMENT AND INSURANCE DISCLOSURE

| ACCOUNT NUMBER | LOAN TYPE | LOAN OFFICER | APPROVING OFFICER/DATE | DATE FINANCE CHARGES BEGIN TO ACCRUE IF DIFFERENT FROM DATE OF NOTE |
|---|---|---|---|---|
| [redacted] | AUTO | CJB | CJB 7/21/2015 | |

**BORROWER(S) NAME AND ADDRESS**
MICHAEL R GOFF
DESHAUNA S. GOFF
210 HARMON DR
HODGENVILL KY 00004-2748

**LENDER/SECURED PARTY NAME AND ADDRESS**
First Financial Credit, Inc. #10
200 Sycamore Street
Suite 171
Elizabethtown, KY 42701

As used in this document, the words "you and your" refer to borrower(s).
As used in this document, the words "you and your" refer to lender.

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | AMOUNT FINANCED<br>The amount of credit provided to you on your behalf | TOTAL OF PAYMENTS<br>The amount you will have paid after you have made all payments as scheduled | Filing Fees $ 22.00<br>Non-filing Fees $ 10.00 |
|---|---|---|---|---|
| 38.43% | $ 1,426.45 | $ 2,959.90 | $ 4,386.35 | |

You have the right to receive at this time an itemization of the Amount Financed. X Yes - I want an Itemization. ___ No - I do not want an Itemization.

| INTEREST RATE AND PAYMENT SUMMARY | Rate & Monthly Payment |
|---|---|
| Interest Rate | 36.00 % |
| Principal + Interest Payment | $174.00 |
| Est. Taxes + Insurance (Escrow)<br>• [Includes [Private] Mortgage Insurance] | $ |
| Total Est. Monthly Payment | $174.00 |

There is no guarantee that you will be able to refinance to lower your rate and payments.
If you pay this loan off early, you will not be entitled to a refund of the prepaid finance charge.

**SECURITY:** You are giving a security interest in: [X] your consumer goods [ ] (brief description of other property)
[ ] collateral securing other loans with Lender may also secure this loan.
[ ] the goods or property being purchased. [X] your automobile. [ ] your real estate.
**LATE CHARGE:** I will be charged a late charge on the portion of any payment made more than 7 days after it is due equal to 5.000 % of the payment or $15.00 whichever is greater
**PREPAYMENT:** If you pay this loan off early, you [ ] may [X] will not    have to pay a penalty.
If you pay this loan off early, you [X] may [ ] will not    be entitled to a refund of part of the Finance Charge.
**ASSUMPTION:** Someone buying your house [ ] [may, subject to conditions, be allowed to] [X] cannot assume the remainder of the mortgage on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, credit and property insurance and prepayment refunds and penalties.

**\*\*\* See Separate Itemization of Amount Financed \*\*\***
INSURANCE CREDIT LIFE INSURANCE, CREDIT DISABILITY INSURANCE, ARE NOT REQUIRED TO OBTAIN CREDIT, AND WILL NOT BE PROVIDED UNLESS YOU SIGN BELOW AGREEING TO PAY THE ADDITIONAL COST.

| INSURANCE TYPE | TERM | PREMIUM | COVERAGE |
|---|---|---|---|
| CREDIT LIFE<br>XX Single ___ Level<br>___ Joint XX Decreasing | 25 | 60.34 | 4,386.35 |
| I want Single Credit Life Insurance<br>Signature /s/ | | | |
| DISABILITY<br>XX Single ___ Day Waiting<br>___ Joint 14 Day Retro | 25 | 191.68 | 4,386.35<br>Monthly Benefit<br>174.00 |
| I want Single Disability Insurance<br>Signature /s/ | | | |

I have received a completed copy of the Federal Disclosure Statement and Insurance Disclosure before signing the Note or any Security Agreement or instruments securing such Note and Loan.

**PROPERTY INSURANCE:** Borrower may obtain property insurance from anyone Borrower wants, provided the insurance company is acceptable to the Lender. Borrower requests the Lender to obtain property insurance and borrower will pay $ 304.90 for 25 months of coverage.
Date: 7/22/2015    Signature /s/

**INVOLUNTARY UNEMPLOYMENT INSURANCE:** Borrower may obtain involuntary unemployment insurance from anyone Borrower wants, provided the insurance company is acceptable to the Lender. Borrower request the Lender to obtain involuntary unemployment insurance and borrower will pay $ ___ for ___ months of coverage.
Date: ___    Signature ___

**LIMITED PHYSICAL DAMAGE INSURANCE:** Borrower may obtain limited physical damage insurance from anyone Borrower wants, provided the insurance company is acceptable to the Lender. Borrower request the Lender to obtain limited physical damage insurance and borrower will pay $ ___ for coverage.
Date: ___    Signature ___

**VENDORS SINGLE INTEREST INSURANCE:** Borrower may obtain single interest insurance from anyone Borrower wants, provided the insurance company is acceptable to the Lender. Borrower request the Lender to obtain single interest insurance and borrower will pay $ ___ for ___ months of coverage.
Date: ___    Signature ___

X /s/ Michael R Goff
BORROWER-MICHAEL R GOFF
X /s/ Deshauna Goff
COBORROWER-DESHAUNA S. GOFF
BY /s/
(AGENT OF LENDER-SECURED PARTY)
First Financial Credit, Inc. #10
(LENDER-SECURED PARTY)

XX0122